UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TIONECHI REJOICE MAPONDERA,

        Petitioner,

v.

KEVIN RAYCRAFT, et al.,

        Respondents.

Case No. 26-cv-11525
Hon. Matthew F. Leitman

_____/

## <u>ORDER DISMISSING CASE</u>

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Petitioner, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 8, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 8, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126